Abel Acosta,                                    79,485-01

I am requesting the total cost for a copy of the following documents sent to me pertaining to:
   Trial Court Cause 22,027-A          WR-79,485-01


The documents included are:
1) Plea hearing transcript
2) Evidentiary hearing transcript
3) Attorney affidavit


Can you please send me a notice of the total cost of these three items please.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

Sincerely,
Anthony Cornelius
TDCJ 1777576
Coffield Unit 2661 Fm 2054
Tennessee Colony, TX 75884